John S. Goetz (*Pro Hac Vice*)
goetz@fr.com
Karen Yeh (*Pro Hac Vice*)
yeh@fr.com
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, New York 10022-4611
Telephone: (212) 641-2257
Facsimile: (212) 258-2291

Bryan K. Basso (CA SBN 278973)
basso@fr.com
FISH & RICHARDSON, P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendants
BED BATH & BEYOND INC. AND MR. BAR-B-Q, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHARCOAL COMPANION INCORPORATED,<br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND INC. AND MR. BAR-B-Q INC.,<br><br>Defendants. | 3:12-CV- 02961 EMC<br><br>STIPULATED REQUEST AND ORDER CONTINUING HEARING DATES |

Pursuant to Standing Order Item No. 4 of the Honorable Edward M. Chen, the parties, by and through their respective counsel, request that the Initial Case Management Conference and the hearing on Defendants' Motion to Dismiss Charcoal Companion, Inc.'s Complaint be continued one week to October 5, 2012, at a time that is available on the Court's calendar. The Rule 26(f) Report, initial disclosures (or objection), and Case Management Statement will be continued one week to September 28, 2012 accordingly. This request is made due to scheduling conflicts.

1  Dated: September 10, 2012                    BEESON SKINNER BEVERLY, LLP

3                                               By:  */s/ Donald L. Beeson*
                                                     Donald L. Beeson

5                                               Attorneys for Plaintiff
                                                CHARCOAL COMPANION,
6                                               INCORPORATED

9  Dated: September 10, 2012                    FISH & RICHARDSON P.C.

11                                              By:  */s/ Karen Yeh*
                                                     Karen Yeh

13                                              Attorneys for Defendants
                                                BED BATH & BEYOND INC. AND MR.
14                                              BAR-B-Q, INC.

17                                **ORDER**

18        PURSUANT TO STIPULATION, IT IS SO ORDERED.    This includes Bed Bath's joinder #17.

20   Dated: September __11__, 2012
                                                _____
                                                Hon. Edward M. Chen
                                                United States District Court

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen

2

STIPULATED REQUEST AND ORDER
CONTINUING HEARING DATES
3:12-CV- 02961 EMC

# DECLARATION OF CONSENT

I, Karen Yeh, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**STIPULATED REQUEST AND ORDER CONTINUING HEARING DATES**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to Local Rule 5-1(i)(3) of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood City, California on September 10, 2012.

By: */s/ Karen Yeh*
Karen Yeh

Attorneys for Defendants, BED BATH & BEYOND INC. AND MR. BAR-B-Q, INC.

50864983.doc