BEESON SKINNER BEVERLY, LLP
  Donald L. Beeson, CA SBN 56532
     dbeeson@bsbllp.com
  Brian Beverly, CA SBN 103089
     bbeverly@bsbllp.com
One Kaiser Plaza, Suite 750
Oakland, CA  94612
Tel.: (510) 832-8700
Fax: (510) 836-2595

Attorneys for plaintiff,
Charcoal Companion, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHARCOAL COMPANION INCORPORATED,<br>        Plaintiff,<br><br>    v.<br><br>BED BATH & BEYOND INC. AND MR. BAR-B-Q INC.,<br><br>        Defendants. | 3:12-CV- 02961 EMC<br><br>STIPULATION AND ORDER CONTINUING HEARING DATES |

Pursuant to Standing Order Item No. 4 of the Honorable Edward M. Chen, the parties, by and through their respective counsel, request that the Initial Case Management Conference and the hearing on Defendants' Motion to Dismiss Charcoal Companion, Inc.'s Complaint be continued to November 9, 2012, at a time that is available on the Court's calendar.  The Rule 26(f) Report, initial disclosures (or objection), and Case Management Statement will be continued to November 2, 2012, accordingly.  This request is made because the parties have reached a tentative settlement in this action.  It is contemplated the settlement will be finalized well before these rescheduled dates.

| | |
|---|---|
| Dated: September 27, 2012 | BEESON SKINNER BEVERLY, LLP |
| | By: /S/ Donald L. Beeson |
| | Donald L. Beeson |
| | Attorneys for Plaintiff |
| | CHARCOAL COMPANION, INCORPORATED |
| | |
| Dated: September 27, 2012 | FISH & RICHARDSON P.C. |
| | By: /S/ John S. Goetz |
| | John S. Goetz |
| | Attorneys for Defendants |
| | BED BATH & BEYOND INC. AND MR. BAR-B-Q, INC. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Motion to Dismiss and CMC is reset for 11/9/12 at 1:30 p.m.

Dated: September 27, 2012

Hon. Edward M. Chen
United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2

STIPULATION AND ORDER CONTINUING HEARING DATES
3:12-CV- 02961 EMC