BEESON SKINNER BEVERLY, LLP
  Donald L. Beeson, CA SBN 56532
     dbeeson@bsbllp.com
  Brian Beverly, CA SBN 103089
     bbeverly@bsbllp.com
One Kaiser Plaza, Suite 750
Oakland, CA  94612
Tel.:  (510) 832-8700
Fax:  (510) 836-2595

Attorneys for plaintiff,
Charcoal Companion, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHARCOAL COMPANION INCORPORATED,<br>              Plaintiff,<br><br>       v.<br><br>BED BATH & BEYOND INC. AND MR. BAR-B-Q INC.,<br><br>              Defendants. | C12-02961 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES |

　　　　Pursuant to Standing Order Item No. 4 of the Honorable Edward M. Chen, the parties, by and through their respective counsel, request that the Initial Case Management Conference and the hearing on Defendants' Motion to Dismiss Charcoal Companion, Inc.'s Complaint currently set for November 9, 2012, be continued to Monday, November 19, 2012, at 1:30 pm.  The Rule 26(f) Report, initial disclosures (or objections), and the Case Management Statement will be continued to Tuesday, November 13, 2012 (November 12, 2012 being a Holiday).  This request is made because the parties are still in active settlement discussions in this action.  It is believed a settlement can be concluded before these rescheduled dates.

1  Dated: October 29, 2012                               BEESON SKINNER BEVERLY, LLP

3                                                        By:  /S/ Donald L. Beeson
4                                                             Donald L. Beeson

5                                                        Attorneys for Plaintiff
                                                         CHARCOAL COMPANION,
6                                                        INCORPORATED

9  Dated: October 29, 2012                               FISH & RICHARDSON P.C.

11                                                       By:  /S/ Karen Yeh
12                                                            Karen Yeh

13                                                       Attorneys for Defendants
                                                         BED BATH & BEYOND INC. AND MR.
14                                                       BAR-B-Q, INC.

16                          **ORDER**

17       PURSUANT TO STIPULATION, IT IS SO ORDERED.

18  Dated: October  29 , 2012       _____
                                    Hon. Edward M. Chen
19                                  United States

**IT IS SO ORDERED**

Judge Edward M. Chen

2

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATES
3:12-CV- 02961 EMC