BEESON SKINNER BEVERLY, LLP
  Donald L. Beeson, CA SBN 56532
    dbeeson@bsbllp.com
  Brian Beverly, CA SBN 103089
    bbeverly@bsbllp.com
One Kaiser Plaza, Suite 750
Oakland, CA  94612
Tel.: (510) 832-8700
Fax: (510) 836-2595

Attorneys for plaintiff,
Charcoal Companion, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHARCOAL COMPANION INCORPORATED,<br>　　　　　Plaintiff,<br>　　v.<br>BED BATH & BEYOND INC. AND MR. BAR-B-Q INC.,<br>　　　　　Defendants. | C12-02961 EMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATES |

Pursuant to Standing Order Item No. 4 of the Honorable Edward M. Chen, the parties, by and through their respective counsel, request that the Initial Case Management Conference and the hearing on Defendants' Motion to Dismiss Charcoal Companion, Inc.'s Complaint currently set for November 19, 2012, be continued to December 14, 2012, at 1:30 pm.  The Rule 26(f) Report, initial disclosures (or objections), and the Case Management Statement will be continued to December 7, 2012.  This request is made because the parties have arrived at a settlement in this action and need additional time to conclude the settlement.

1  Dated:  November 13, 2012                    BEESON SKINNER BEVERLY, LLP

3                                               By:  /S/ Donald L. Beeson
4                                                    Donald L. Beeson

5                                               Attorneys for Plaintiff
                                                CHARCOAL COMPANION,
6                                               INCORPORATED

9  Dated:  November 13, 2012                    FISH & RICHARDSON P.C.

11                                              By:  /S/  John Goetz
12                                                   John Goetz

13                                              Attorneys for Defendants
                                                BED BATH & BEYOND INC. AND MR.
14                                              BAR-B-Q, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November __13__, 2012

_____
Hon. Edward M. Chen
United States District Court

IT IS SO ORDERED

Judge Edward M. Chen

2

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATES
C12-02961 EMC