1
2
3
4
5

BEESON SKINNER BEVERLY, LLP
  Donald L. Beeson, dbeeson@bsbllp.com
    State Bar No. 56532
  Brian Beverly, bbeverly@bsbllp.com
    State Bar No. 103089
One Kaiser Plaza, Suite 750
Oakland, CA  94612
Tel.:  (510) 832-8700
Fax:  (510) 836-2595

6
7

Attorneys for Plaintiff
Charcoal Companion Incorporated

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

CHARCOAL COMPANION INCORPORATED, )
a California corporation,                                     )
                                                                        )
                              Plaintiff,                           )
                                                                        )
vs.                                                                   )
                                                                        )
BED, BATH & BEYOND, INC. AND MR. BAR- )
B-Q-, INC.                                                       )
                                                                        )
                              Defendants                        )
_____ )

Case No.  C 12-02961 EMC


AMENDED
STIPULATION OF DISMISSAL AND
[Proposed] ORDER

17
18

        Charcoal Companion, Incorporated and Mr. Bar-B-Q-, Inc. have entered into a settlement

agreement resolving all matters relating to this Action.

19
20
21
22
23

        THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between all

Parties, through their respective counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of

Civil Procedure, this Court enter a dismissal of this Action, Case No. C 12-02961 EMC, in its

entirety and with prejudice, with the Parties to bear their own fees and costs.

24
25
26
27
28

        IT IS FURTHER STIPULATED that this Court shall retain jurisdiction over all disputes

between Charcoal Companion, Incorporated and Mr. Bar-B-Q-, Inc. arising out of the settlement

agreement between them including, but not limited to, the interpretation and enforcement of the

_____

STIPULATION OF DISMISSAL AND [Proposed] ORDER (AMENDED)
C 12-02961 EMC

terms of the settlement agreement and/or entry of judgement should the need arise.

Dated:    November 20, 2012                    BEESON SKINNER BEVERLY, LLP

                                               By /S/ Donald L. Beeson
                                                    Donald L. Beeson

                                               Attorneys for Plaintiff
                                               Charcoal Companion, Incorporated

Dated: November 20, 2012                       FISH & RICHARDSON, P.C.

                                               By /S/ John Goetz
                                                    John Goetz

                                               Attorneys for Defendants
                                               Bed, Bath & Beyond, Inc. And Mr. Bar-B-Q-,
                                               Inc.

**IT IS SO ORDERED:**

Dated: _____         November 26, 2012
                                               Hon. Edward M. Chen
                                               United District G_____ trict Judge

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONCURRENCE ATTESTATION**

    I, Donald L. Beeson, hereby attest that I have obtained the concurrence in the

filing of this efiled document from all signatories indicated on the document.

2

STIPULATION OF DISMISSAL AND [Proposed] ORDER (AMENDED)
C 12-02961 EMC